DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael  Daniels , <br><br>              Plaintiff, <br><br>       vs. <br><br> Frank Bisignano, <br> COMMISIONER OF SOCIAL SECURITY[1], <br><br>              Defendant. | Case No. 4:24-cv-09445-HSG <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from  May 27, 2025 to

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1  May 30, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S BRIEF.  All
2  other dates in the Court's Scheduling Order shall be extended accordingly.
3       This is Plaintiff's second request for an extension of time.  Plaintiff
4  respectfully states that the requested extension is necessary due several merit briefs
5  being due on the same week. For the week of May 26, 2025, Plaintiff's Counsel
6  has four merit briefs, one reply brief, and two EAJA Stipulations due. The case has
7  recently been assigned to Counsel. Counsel requires additional time to brief the
8  issues thoroughly for the Court's consideration. Defendant does not oppose the
9  requested extension.  Counsel apologizes to the Defendant and Court for any
10 inconvenience this may cause.

                              Respectfully submitted,

Dated: May 22, 2025           PENA & BROMBERG, ATTORNEYS AT LAW


                              By: */s/ Dolly M. Trompeter*
                              DOLLY M. TROMPETER
                              Attorneys for Plaintiff



Dated: May 22, 2025           PATRICK D. ROBBINS
                              Acting United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration


                              By:  **/s/ Erin Highland*
                              Erin Highland
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on May 22, 2025)

2

1
2
3        **<u>ORDER</u>**
4
5    Pursuant to stipulation, IT IS SO ORDERED.
6
7    Dated:   5/23/2025
8
9                                    _____
                                     HON. HAYWOOD S. GILLIAM, JR.
10                                   UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28